UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re WILLIAMS. | Case No. 24-cv-06170-HSG |
| | **ORDER OF DISMISSAL** |

Petitioner filed this action on or about August 30, 2024.  Dkt. No. 1.  That same day, the Court informed Petitioner that the action was deficient because he neither paid the filing fee nor filed an application to proceed *in forma pauperis*.  Dkt. No. 2.  The Court informed Petitioner that he must address this deficiency within twenty-eight days, or face dismissal of this action; and sent Petitioner a blank *in forma pauperis* application form.  *Id.*  The deadline has passed, and Petitioner has not paid the filing fee or filed an application to proceed *in forma pauperis*.  Nor has Petitioner otherwise communicated with the Court.  Accordingly, this action is DISMISSED for failure to file an *in forma pauperis* application or pay the filing fee.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated:   10/17/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge