UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re WILLIAMS. | Case No. 24-cv-06170-HSG |
|---|---|
| | **JUDGMENT** |

The Court has DISMISSED this action without prejudice.  Judgment is entered against Petitioner.  The Clerk shall close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:    10/17/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge